STATE OF NEW YORK ex rel. BARBARA D., Appellant, v FRANCIS D., Respondent.

FRANCIS D., Respondent, v BARBARA D., Appellant.

Submitted July 13, 2009; decided September 8, 2009

Reported below, 58 AD3d 436.

Motion for reconsideration of this Court's June 9, 2009 dismissal order denied [*see* 12 NY3d 872 (2009)].